AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF _____

UNITED STATES OF AMERICA

v.

REYNALDO RIVERA  A/K/A/  REY

**WARRANT FOR ARREST**

CASE NUMBER: 2004 M 0500 RBC -03

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ REYNALDO RIVERA  A/K/A/  REY ___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRARCY TO POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTE HEROIN

in violation of
Title  21  United States Code, Section(s)  846,  841 (a)(1)

ROBERT B. COLLINGS
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

10-14-2004   ~~BOSTON, MA~~   10:45 pm
Date and Location

North Reading, Massachusetts

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.