**QUITCLAIM DEED**

FILED
IN CLERKS OFFICE

2004 NOV 23 P 2: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

**HECTOR L. RIVERA MELENDEZ AND LYDIA E. FIGUEROA RODRIGUEZ**, husband and wife (the parents of **Reynaldo Rivera**) who live or otherwise reside together at 15 Madonna Circle, Lowell, Middlesex County, Massachusetts and who jointly own and have an equitable ownership interest in the property identified as 15 Madonna Circle, Lowell, Middlesex County, Massachusetts and being married, (collectively the "Grantors"), in consideration of and as **SURETY** and other good and valuable consideration to Grantors paid, the receipt of and which is acknowledged, does hereby remise, release and forever **Quitclaim** to the **CLERK, U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS** an individual serving as the United States Government with an address of One Courthouse Way, Boston, MA, (hereinafter, the "Grantee"), all right, title and interest of Grantors, if any, in and to the following real estate:

> **15 Madonna Circle, Lowell, Middlesex County, Massachusetts**
>
> Subject to: all encumberances now listed on the property
>
> as of November 23, 2004; and
>
> Subject to all valid easements, rights of way, covenants,
>
> conditions, reservations and   restrictions of record, if any,
>
> and also to applicable zoning, land use and other laws and
>
> regulations.

Said property is therefore **Quitclaimed** to the **CLERK, U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS** to have and to hold the same, together with all the buildings, improvements and appurtenances belonging thereto, if any, to the Grantee and Grantee's heirs, successors and assigns forever.

   **IT IS EXPRESSLY UNDERSTOOD AND AGREED** between Grantors and Grantee that Grantors makes no representations, covenants or warranty of any kind whatsoever. By this instrument, the parties intend that Grantors release to Grantee whatever interest Grantor may have in the above property, if any.

IN WITNESS WHEREOF, this **QUITCLAIM DEED** is executed under seal

on the 23rd day of November, 2004.

This document is signed by the Grantors:

Hector L. Rivera Melendez          Lydia E. Figeroa Rodriguez

This document is witnessed by:

_____          Dated: November 23, 2004

Carl N. Donaldson

In __Boston__, on the __23rd__ day of __November__, 2004, before me, a

Notary Public in and for the above state and county, personally appeared     known to me

or proved to be the person named in and who executed the foregoing instrument, and

being first duly sworn, such person acknowledged that he or she executed said instrument

for the purposes therein contained as his or her free and voluntary act and **deed**.

_____          My Commission Expires: __April 25, 2008__

NOTARY PUBLIC

STATE OF __Massachusetts__          COUNTY OF __Suffolk__

MATTHEW A. PAINE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 25, 2008