```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
          v.                 )
                             )    Criminal No. 04-10336-NMG
JULIO SANTIAGO et al.        )
          Defendants         )
```

### GOVERNMENT'S MOTION TO STRIKE ITS INITIAL RESPONSE TO THE MOTION OF DEFENDANT REYNALDO RIVERA TO MODIFY CONDITIONS OF RELEASE

The United States Attorney, by and through the undersigned attorney, and moves to strike its Initial Response to the Motion of Defendant Reynaldo Rivera to Modify Conditions of Release, dated October 6, 2005.

As grounds therefor, the government states that its initial response incorrectly referenced codefendant Jose Torrado. The government will file a corrected response this date.

Wherefore, the government moves that this Honorable Court strike its Initial Response to the Motion of Defendant Reynaldo Rivera to Modify Conditions of Release and permit the government to file a corrected response to Mr. Rivera's

motion.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                                      BY:

                                     /s William F. Bloomer
                                        WILLIAM F. BLOOMER
                                        Assistant U.S. Attorney

Dated: October 11, 2005

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon Carl N. Donaldson, 11 Beacon Street, Suite 600, Boston, MA 02108 a copy of the foregoing document by electronic filing and by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

This 11th day of October, 2005.

                                     /s William F. Bloomer
                                     WILLIAM F. BLOOMER
                                     ASSISTANT UNITED STATES ATTORNEY