UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                CRIMINAL NO. 04 10336 NMG

JUAN NUNEZ

**DEFENDANT'S JUAN NUNEZ'S OBJECTION TO GOVERNMENT'S MOTION PURSUANT TO UNITED STATES V. RENGIFO REGARDING ENGLISH-LANGUAGE TRANSLATIONS OF TAPE RECORDED OF SPANISH CONVERSATIONS**

The defendant Juan Nunez objects to the government's motion pursuant to

*Rengifo* because, contrary to what is stated on page 2 of the government's motion,

to wit: "The government has provided drafts of all transcripts prepared to date to

the defense.", the defendant has received no transcripts.

*ls/Roger Witkin*
ROGER WITKIN
6 Beacon Street, Suite 1010
Boston, MA 02108
Tel. 617 523 0027
Fax 617 523 2024
BBO No. 531780

DATED:   September 22, 2006

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                           CRIMINAL NO. 04 10336 NMG

JUAN NUNEZ


CERTIFICATE OF SERVICE


I hereby certify that on this day a true copy of the within document was

served upon the attorney of record for the United States, AUSA William Bloomer

by mail and electronic filing, which was e-filed this day.


/s/ Roger Witkin
Roger Witkin
6 Beacon Street, Suite l0l0
Boston, MA 02l08
Tel. 6l7 523 0027
Fax 6l7 523 2024
BBO No. 53l780


DATE:  September 22, 2006