```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

                              CRIMINAL DIVISION
                              DOCKET NO.: 2004-10336 NMG
```

**UNITED STATES**

**v.**

**REYNALDO RIVERA**

**DEFENDANTS MOTION TO CHANGE PLEA**

Now comes the Defendant in the above entitled matter and respectfully moves this Honorable Court schedule the Defendant's Change of Plea Hearing to guilty for October 16, 2006 at 3:00.

                                        Respectfully Submitted,
                                        Reynaldo Rivera
                                        By His Attorney

                                        /s/ Carl Donaldson
Dated: <u>October 13, 2006</u>        Carl Donaldson (BBO#645384)
                                        240 Commercial Street,
                                        Boston, MA 02109
                                        617) 270-9677

**CERTIFICATE OF SERVICE**

    I, herein certify that the Motion to Change Plea has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this day, October 13, 2006.

                                      /s/Carl Donaldson
                                      Carl N. Donaldson (BBO#645384)
                                      CARL DONALDSON & ASSOCIATES
                                      240 Commercial Street
                                      Boston, MA 02108
                                      617-270-9677

Date:  October 13, 2006