UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
)
REYNALDO RIVERA ) 4:06-cr-40015-FDS
)
)
)
Defendant. )

## NOTICE OF WITHDRAWAL

Now comes the Counsel Carl Donaldson for the defendant, REYNALDO RIVERA and files this Notice of Withdrawal pursuant to the relevant Rule of Federal Criminal Procedure.

                        Respectfully Submitted,
                        REYNALDO RIVERA
                        By his attorney,

                        /s/Carl N. Donaldson
                        Carl N. Donaldson (BBO#645384)
                        CARL DONALDSON & ASSOCIATES
                        240 Commercial Street,
                        Boston, MA 02109
Dated: December 1, 2006    617-270-9677