# CARL DONALDSON & ASSOCIATES
## ATTORNEYS AT LAW
240 Commercial Street, Boston, MA 02108
Telephone: (617) 270-9677



**Via Certified Mail Return Receipt Requested**

December 1, 2006

US District Court District of Massachusetts
Attention: Criminal Clerk Department
John Joseph Moakley United States Court House
1 Courthouse Way, Suite 9200
Boston, MA 02210

Re:  U.S. v. Reynaldo Rivera
     Docket No. 1:04-cr-10336-NMG

Dear Clerk:

    I am writing to inform you that as of December 13, 2006, I am temporarily suspended from practicing law until February 13, 2007. Accordingly, I have attached to appropriate letter to my client and the relevant Notice of Withdrawal to the Court.

    I can not under any circumstances speak with you about this case after December 13, 2006. Please call me should you have any questions or concerns. I wish you the best of luck and I am very sorry that I have inconvenienced you in this regard. Please have a happy holiday season.

Sincerely,

Carl Donaldson

**CARL DONALDSON & ASSOCIATES**
**ATTORNEYS AT LAW**

240 Commercial Street, Boston, MA 02108
Telephone: (617) 270-9677

**Via Certified Mail Return Receipt Requested**

November 29, 2006

Inmate Reynaldo Rivera
Plymouth County Correctional Facility
26 Long Pond Road
Plymouth MA 02360

Re:   U.S. v. Reynaldo Rivera
      Docket No. 1:04-cr-10336-NMG

Dear Mr. Rivera:

    I am writing to inform you that effective December 13, 2006 I will be suspended from practicing law in the courts. Additionally, I will be unable to perform any other type of representation outside of the court houses. This suspension will last until February 13, 2007 at which time I will be able to begin practicing law. I sincerely regret any inconvenience this may cause you as I understand that your legal issues are of the up most importance.

    Accordingly, please be advised that you should promptly contact another lawyer and seek legal advice regarding the circumstances of your case and/or seek another attorney to represent you with respect to your legal matters as soon as practical. I can answer any questions that you may have up to December 12, 2006. After December 12, 2006, I can not under any circumstances speak with you about your case or any other legal concerns that you may have.

    I will be in contact with you over the next week to discuss returning your file(s) and answering any other concerns that you may have with respect to court dates. I wish you the best of luck and I am very sorry that I have inconvenienced you. Please have a happy holiday season.

Sincerely,

Carl Donaldson

# CARL DONALDSON & ASSOCIATES
## ATTORNEYS AT LAW

240 Commercial Street, Boston, MA 02108
Telephone: (617) 270-9677

**Via Certified Mail Return Receipt Requested**

December 1, 2006

US Department of Justice
United States Attorney's Office
Attention: AUS Attorney, William Bloomer
John Joseph Moakley United States Court House
1 Courthouse Way, Suite 9200
Boston, MA 02210

Re:   U.S. v. Reynaldo Rivera
      Docket No. 1:04-cr-10336-NMG

Dear AUSA Bloomer:

  I am writing to inform you that as of December 13, 2006, I am temporarily suspended from practicing law until February 13, 2007. Accordingly, I have attached to appropriate letter to my client and the relevant Notice of Withdrawal to the Court.

  I can not under any circumstances speak with you about this case after December 13, 2006. Please call me should you have any questions or concerns. I wish you the best of luck and I am very sorry that I have inconvenienced you in this regard. Please have a happy holiday season.

Sincerely,

Carl Donaldson