UNITED STATES DISTRICT COURT
       DISTRICT OF MASSACHUSETTS

                              CRIMINAL DIVISION
                              DOCKET NO.: 2004-10336 NMG


**UNITED STATES**

v.

**REYNALDO RIVERA**


## NOTICE OF APPEARANCE

Now comes the Counsel Carl Donaldson for the defendant, Reynaldo Rivera and files this Notice of Appearance pursuant to the relevant Rules of Federal Criminal Procedure.

                                            Respectfully Submitted,
                                            Reynaldo Rivera
                                            By His Attorney

                                            /s/ Carl Donaldson
Dated: April 27, 2007             Carl Donaldson (BBO#645384)
                                            240 Commercial Street,
                                            Boston, MA 02109
                                            617) 270-9677

**CERTIFICATE OF SERVICE**

    I, herein certify that the Motion to Change Plea has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this day, October 13, 2006.

    /s/Carl Donaldson
Carl N. Donaldson (BBO#645384)
CARL DONALDSON & ASSOCIATES
240 Commercial Street
Boston, MA 02108
617-270-9677

Date:  October 13, 2006