```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

                                  CRIMINAL DIVISION
                                  DOCKET NO.: 2004-10336 NMG


                    UNITED STATES

                         v.

                    REYNALDO RIVERA
```

## ASSENTED TO MOTION TO CONTINUE SENTENCING DATE

Now comes the defendant, Reynaldo Rivera in the above entitled action and moves for a Continuance of Sentencing Date from April 30, 2007 to May 9, 2007 so counsel may adequately prepare the defendants arguments and documents for sentencing.

Both Counsel and the Defendant understand that from April 30, 2007 to May 9, 2007 is excludable time because it serves the ends of justice.

|  |  |
|---|---|
|  | Respectfully Submitted,<br>Reynaldo Rivera<br>By His Attorney |
| Dated: <u>April 27, 2007</u> | /s/ Carl Donaldson<br>Carl Donaldson (BBO#645384)<br>240 Commercial Street,<br>Boston, MA 02109<br>617) 270-9677 |

**CERTIFICATE OF SERVICE**

    I, herein certify that the Motion to Change Plea has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this day, October 13, 2006.

    /s/Carl Donaldson
Carl N. Donaldson (BBO#645384)
CARL DONALDSON & ASSOCIATES
240 Commercial Street
Boston, MA 02108
617-270-9677

Date:  October 13, 2006