**CERTIFICATE OF SERVICE**

    I, herein certify that the Notice of Appearance, Motion to Continue Sentencing Date has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this day, April 27, 2007.

                                          /s/Carl Donaldson
                                          Carl N. Donaldson (BBO#645384)
                                          CARL DONALDSON & ASSOCIATES
                                          240 Commercial Street
                                          Boston, MA 02108
                                          617-270-9677

Date:  April 27, 2007