UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL DIVISION
DOCKET NO.: 2004-10336 NMG

UNITED STATES

v.

REYNALDO RIVERA

## NOTICE OF APPEARANCE

Now comes the Counsel Carl Donaldson for the defendant, Reynaldo Rivera and files this Notice of Appearance pursuant to the relevant Rules of Federal Criminal Procedure.

Respectfully Submitted,
Reynaldo Rivera
By His Attorney

Dated: April 27, 2007

/s/ Carl Donaldson
Carl Donaldson (BBO#645384)
240 Commercial Street,
Boston, MA 02109
617) 270-9677

**CERTIFICATE OF SERVICE**

    I, herein certify that the Motion to Change Plea has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this day, October 13, 2006.

                                         /s/Carl Donaldson
                                         Carl N. Donaldson (BBO#645384)
                                         CARL DONALDSON & ASSOCIATES
                                         240 Commercial Street
                                         Boston, MA 02108
                                         617-270-9677

Date:  October 13, 2006