UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    PLAINTIFF, )<br>  vs. )<br>)<br>)<br>REYNALDO RIVERA )<br>    DEFENDANT. ) | CRIMINAL DIVISION<br>DOCKET NO.: 1:04-cr-100336 NMG |

**NOTICE OF APPEAL TO THE FIRST CIRCUIT COURT OF APPEALS FROM A JUDGMENT OF THE UNITED STATES DISTRICT COURT**

Notice is hereby given that REYNALDO RIVERA, the Defendant in the above captioned case by this Notice herein appeals to the United States Court of Appeals for the First Circuit from the final judgment of sentence entered in this case on June 22, 2007 by the Honorable Justice Nathaniel Gorton.

                      Respectfully Submitted,
                      Reynaldo Rivera
                      By His Attorney

                      /s/Carl Donaldson
                      Carl N. Donaldson (BBO#645384)
                      CARL DONALDSON & ASSOCIATES
                      240 Commercial Street, 2nd Floor
                      Boston, MA 02109
Dated:  July 2, 2007       617-270-9677

**CERTIFICATE OF SERVICE**

    I, Carl Donaldson hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 2, 2007.

/s/ Carl Donaldson
Carl N. Donaldson (BBO#645384)
CARL DONALDSON & ASSOCIATES