**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CRIMINAL DIVISION**
**DOCKET NO.: 2004-10336 NMG**

**UNITED STATES OF AMERICA**

**v.**

**REYNALDO RIVERA**

## MOTION TO RELEASE LEIN ON PROPERTY

Mr. Reynaldo Rivera through undersigned counsel, respectfully moves this Honorable Court to Release the Lein on his parents property given that Mr. Rivera is now in the custody of the United States Marshall service and is serving a term of incarceration.

Respectfully Submitted,
Reynaldo Rivera
By His Attorney

/s/ Carl Donaldson
Carl N. Donaldson (BBO#645384)
CARL DONALDSON & ASSOCIATES
240 Commercial Street, 2nd Floor
Boston, MA 02109
Dated: September 6, 2007          617-270-9677

## CERTIFICATE OF SERVICE

I, Carl Donaldson hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 6, 2007.

/s/ Carl Donaldson
Carl Donaldson (BBO#645384)
CARL DONALDSON & ASSOCIATES