# United States Court of Appeals
## For the First Circuit

No. 07-2181

UNITED STATES

Appellee

v.

REYNALDO RIVERA, a/k/a Rey

Defendant - Appellant

**ORDER OF COURT**
**Entered: May 13, 2008**
**Pursuant to 1st Cir. R. 27.0(d)**

A transcript of the 6/22/07 sentencing hearing in Criminal Case No. 1:04-cr-10336-NMG (D. Mass.) was ordered from Court Reporter Shelly Killian on January 22, 2008 and a due date was set of March 24, 2008. On April 11, 2008, Court Reporter Shelly Killian was notified that the transcript had not been filed in this case and was asked to take action by April 25, 2008.

It does not appear that the court reporter has filed the transcript in the district court, or in the alternative, a motion in the court of appeals for an extension of time to complete the transcript. See Fed. R. App. P. 11(b)(1). The order has been pending for 112 days.

Accordingly, the court directs Court Reporter Shelly Killian to produce the transcript by 5/27/08, or to show cause by May 27, 2008 why she has failed to produce the transcript.

A copy of this order will be forwarded to the district judge in accordance with Fed. R. App. P. 11(b)(1)(D).

By the Court:

/s/ Richard Cushing Donovan, Clerk

To: Shelly Killian, Court Reporter

cc:
Hon. Nathaniel M. Gorton, US District Court Judge
Sarah A. Thornton, Clerk, US District Court of Massachusetts
Deborah Scalfani, Court Reporter Supervisor
William Bloomer
Dina Chaitowitz
Carl Donaldson